# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.   CV 07-3357-JHN (AJW)                                    Date: November 3, 2010

TITLE: <u>MANJIT SINGH JANDU v. JOHN F. SALAZAR, Warden</u>
=================================================
PRESENT:  HON.  ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

|  <u>Ysela Benavides</u>  |  <u>                    </u>  |
|  Deputy Clerk  |  Court Reporter  |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                                  None

**ORDER TO SHOW CAUSE**

On November 2, 2010, respondent filed a motion to dismiss the petition filed in this case as moot in light of petitioner's recent release on parole. Petitioner shall have fourteen (14) days from the date of this order within which to show cause why respondent's motion should not be granted and this petition dismissed as moot.

**IT IS SO ORDERED.**

cc:     Parties

MINUTES   FORM   11                                                     Initials  of  Deputy  Clerk_____
CIVIL-GEN