UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

**MANJIT SINGH JANDU,**  )  Case No. CV 07-3357-JHN(AJW)
)
Petitioner,  )
)
v.  )  JUDGMENT
)
**John F. Salazar,**  )
)
Respondent.  )
_____)

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice as moot.

Dated: January 19, 2011

_____
Jacqueline H. Nguyen
United States District Judge